Alexander Polin, Appellant, v. Sam Kaplan, as President, etc., Respondent. — Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.